September 12, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GEORGE M. BISHOP, AS SUBSTITUTE TRUSTEE, Appellant

NO. 14-12-00830-CV                    V.

MARY BETH CLAWSON AND JOHN RIDDLE, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Mary Beth Clawson and John Riddle, signed July 9, 2012, was heard on the transcript of the record. We have inspected the record and find the trial court erred in entering a final judgment against appellant George M. Bishop, as Substitute Trustee. We therefore order the portions of the judgment ordering a take-nothing judgment against Bishop on his counterclaims **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order appellees, Mary Beth Clawson and John Riddle, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.